```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILLIAM GEORGE GRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>     v.<br><br>WILLIAM GEORGE GRAY,<br><br>           *Defendant.* | CASE NO. 1:12-cr-0158 AWI-DLB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER<br><br>DATE:  August 27, 2012<br>TIME:    1:00 A.M.<br>JUDGE:  Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant William George Gray, that the status conference currently set for August 6, 2012, **may be continued to August 27, 2012 at 1:00 a.m.**

The defense proposes this stipulation because additional time is needed to review discovery and counsel does not want to require the defendant to travel from out of town to Fresno until discovery review is complete.  In addition, defense counsel is preparing for a trial commencing August 7, 2012.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 1, 2012          By:   /s/ *Brian W. Enos*
                                     BRIAN W. ENOS
                                     Assistant United States Attorney
                                     Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 1, 2012          By:   /s/ *Victor M. Chavez*
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     WILLIAM GEORGE GRAY

**ORDER**

IT IS SO ORDERED.

**Dated:   August 1, 2012**                /s/ **Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE