```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Plaintiff
     the United States of America
 7
 8
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,  ) | 1:12-cr-00158 AWI/DLB |
|---|---|
|                            ) | |
|               Plaintiff,   ) | **STIPULATION TO CONTINUE** |
|                            ) | **DECEMBER 10, 2012 STATUS** |
|                            ) | **CONFERENCE TO JANUARY 14, 2013;** |
|       v.                   ) | **ORDER THEREON** |
|                            ) | |
|                            ) | Date: January 14, 2013 |
| WILLIAM GEORGE GRAY,       ) | Time: 1:00 p.m. |
|                            ) | Ctrm: 8 |
|               Defendant.   ) |    Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' December 10, 2012 status conference may be continued to 1:00 p.m. on Monday, January 14, 2013.

   The parties base this stipulation on good cause. To explain, the parties have been diligently working toward resolving this matter and on this end the undersigned counsel for the government will prepare and present a plea offer within the next two weeks. Counsel for the government is set for trial on

1  December 11, 2012 before Judge O'Neill, on which he will be
2  leveraged until its anticipated conclusion on or about December
3  13, 2012.  The government will present a plea offer no later than
4  December 20, 2012, in an attempt to allow the defense sufficient
5  time to fully analyze it prior to the requested January 14, 2013
6  status conference date.
7       For the above-stated reason, the stipulated continuance will
8  conserve time and resources for both parties and the court, and
9  the delay resulting from this continuance shall be excluded in
10 the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
11 and 3161(h)(7)(B)(ii).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: December 4, 2012            By: Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney


                                        (As auth. 12/4/12)
Dated: December 4, 2012             /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Attorney for Defendant


                                **ORDER**

   IT IS SO ORDERED.

   **Dated:   December 4, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE