BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
 the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-cr-00158 AWI-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE MARCH 25, 2013 STATUS CONFERENCE TO MAY 13, 2013; ORDER** |
| v. | ) | |
| | ) | Date: May 13, 2013 |
| WILLIAM GEORGE GRAY, | ) | Time: 1:00 p.m. |
| | ) | Ctrm: 3 |
| Defendant. | ) | Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' March 25, 2013 status conference may be continued to 1:00 p.m. on Monday, May 13, 2013.

   The parties base this stipulation on good cause.  To explain, the parties have been diligently working toward resolving this matter, to the point of working through all issues contained in a draft plea agreement other than some finer details contained within paragraphs 3 and 4 of the same.  They anticipate being able to either schedule a change of plea, or set a trial date, by the above-requested continuance date.

For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: March 21, 2013        By: Brian W. Enos
                                    BRIAN W. ENOS
                                    Assistant U.S. Attorney


                                 (As auth. 3/21/13)
Dated: March 21, 2013         /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   March 21, 2013**          **/s/ Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE