HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILLIAM GEORGE GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-0158 AWI-BAM |
| *Plaintiff,* | STIPULATION RESETTING PLEA DATE; ORDER |
| v. | DATE: September 23, 2013 |
| WILLIAM GEORGE GRAY, | TIME: 10:00 A.M. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant William George Gray, that the change of plea date currently set for July 15, 2013, **may be moved to September 23, 2013 at 10:00 a.m.**

The defense proposes this stipulation to allow the parties additional time to finalize some specific details in their plea agreement.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

///

///

///

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 8, 2013          By:   /s/ *Brian W. Enos*
                                   BRIAN W. ENOS
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 8, 2013          By:   /s/ *Victor M. Chavez*
                                   VICTOR M. CHAVEZ
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   WILLIAM GEORGE GRAY

**ORDER**

IT IS SO ORDERED.

Dated:   July 9, 2013                    _____
                                          SENIOR DISTRICT JUDGE