1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for
     the United States of America

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,      ) 1:12-CR-00158-AWI-BAM
                                  )
12              Plaintiff,        ) PRELIMINARY ORDER OF
                                  ) FORFEITURE
13      v.                        )
                                  )
14 WILLIAM GEORGE GRAY,           )
                                  )
15              Defendant.        )

16      Based upon the plea agreement entered into between United

17 States of America and defendant William George Gray, it is hereby

18 ORDERED, ADJUDGED AND DECREED as follows:

19      1.   Pursuant to 18 U.S.C. § 2253, defendant William George

20 Gray's interest in the following property shall be condemned and

21 forfeited to the United States of America, to be disposed of

22 according to law:

23           a. Sony Vaio laptop computer, seized from defendant by
                law enforcement on or about February 2, 2012; and
24
             b. Hitachi External Hard Drive, seized from defendant
25              by law enforcement on or about February 2, 2012.

26      2.   The above-listed asset constitutes property containing

27 visual depictions mailed, shipped, or transported in violation of 18

28 U.S.C. § 2252(a)(2) or was used or intended to be used in any manner

1  Preliminary Order of Forfeiture

1  or part to commit and to promote the commission of the

2  aforementioned violation, all in violation of 18 U.S.C. § 2253.

3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a

4  designee) shall be authorized to seize the above-listed property.

5  The aforementioned property shall be seized and held by the

6  Department of Homeland Security, Customs and Border Protection in

7  its secure custody and control.

8       4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C.

9  § 853(n), and Local Rule 171, the United States shall publish notice

10 of the order of forfeiture.  Notice of this Order and notice of the

11 Attorney General's (or a designee's) intent to dispose of the property

12 in such manner as the Attorney General may direct shall be posted for

13 at least 30 consecutive days on the official internet government

14 forfeiture site www.forfeiture.gov.  The United States may also, to

15 the extent practicable, provide direct written notice to any person

16 known to have alleged an interest in the property that is the subject

17 of the order of forfeiture as a substitute for published notice as to

18 those persons so notified.

19         b. This notice shall state that any person, other than the

20 defendants, asserting a legal interest in the above-listed property,

21 must file a petition with the Court within sixty (60) days from the

22 first day of publication of the Notice of Forfeiture posted on the

23 official government forfeiture site, or within thirty (30) days from

24 receipt of direct written notice, whichever is earlier.

25      5.   If a petition is timely filed, upon adjudication of all

26 third-party interests, if any, this Court will enter a Final Order of

27 ///

28 ///

Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.


IT IS SO ORDERED.

Dated:   October 8, 2013        _____

SENIOR  DISTRICT  JUDGE