HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
WILLIAM G. GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:12-cr-00158 AWI-BAM |
| *Plaintiff*, | ) STIPULATION AND  ORDER TO CONTINUE </br>) SENTENCING HEARING |
| vs. | ) </br>) DATE:   January 6, 2014 |
| WILLIAM G. GRAY, | ) TIME:    10:00 a.m. </br>) JUDGE: Hon. Anthony W. Ishii |
| *Defendant*. | ) </br>) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for December 2, 2013, **may be continued to January 6, 2014 at 10:00 a.m**.

Defendant has proposed this stipulation so that he may be prepared to go into custody immediately after imposition of sentence.

///

///

///

///

///

///

-1-

1
2
3
4   DATED: November 14, 2013

5
6
7
8   DATED: November 14, 2013

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *Brian Enos*
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

By:  /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
WILLIAM G. GRAY

**O R D E R**

IT IS SO ORDERED.

Dated:   November 14, 2013                   _____
                                              SENIOR  DISTRICT  JUDGE